# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

**TERESA A. MACE,**

     Plaintiff,

v.

                                       Civil Action No. 7:13-CV-7 (HL)

**CAROLYN W. COLVIN,**
**Commissioner of Social Security,**

     Defendant.

## ORDER

Before the Court is Plaintiff's Motion to Proceed on Appeal *In Forma Pauperis* (Doc. 22). Pursuant to 28 U.S.C. § 1915(a) and Federal Rule of Appellate Procedure 24(a)(3), the motion is granted in light of the earlier  Order (Doc. 7) granting Plaintiff's initial motion to proceed *in forma pauperis* (Doc. 6).

**SO ORDERED**, this 7th day of May, 2014.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

scr